Jason Sheasby (SBN 205455)
JSheasby@irell.com
H. Annita Zhong (SBN 266924)
AZhong@irell.com
Andrew Strabone (SBN 301659)
AStrabone@irell.com
Andrew Henderson (SBN 347596)
DHenderson@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Blair A. Silver (*pro hac vice* forthcoming)
BSilver@irell.com
IRELL & MANELLA LLP
750 17th Street NW, Suite 850
Washington, DC 20006
(202) 777-6500

Attorneys for Plaintiff Netlist, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICRON TECHNOLOGY, INC.,<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.,<br><br>　　　　Defendants. | CASE NO. _____<br><br>COMPLAINT FOR PATENT<br>INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

1.     Plaintiff Netlist, Inc. ("Netlist"), by its undersigned counsel, brings this action against Defendants Micron Technology, Inc. ("Micron Technology") and Micron Semiconductor Products, Inc. ("Micron Semiconductor") (collectively, "Defendants" or "Micron") for Micron's infringement of U.S. Patent Nos. 10,217,523 (the "'523 Patent") and 12,675,407 (the "'407 Patent"); for a declaration that Netlist has not made a bad-faith assertion of patent infringement against Micron nor engaged in any unlawful, unfair, or deceptive act or practice in trade or commerce under the Idaho Consumer Protection Act, and is therefore compliant with Idaho Code § 48-1703; and for a declaration that Defendants are not entitled to relief under Idaho Code § 48-1703, alleging as follows:

### THE PARTIES

2.     Plaintiff Netlist is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 111 Academy Way, Suite 100, Irvine, California 92617.  Netlist is a leading innovator in advanced memory and storage solutions.  Netlist designs and manufactures controller and software-based memory solutions that are sold in the server, high-performance computing, and communications markets.

3.     On information and belief, Micron Technology is a corporation organized and existing under the laws of Delaware, with a regular and established place of business for semiconductor engineering services at 18575 Jamboree Road, Suite 550, Irvine, California 92612.  On information and belief, Micron has a variety of subsidiaries located throughout the United States and the world.

4.     On information and belief, Micron Semiconductor is a corporation organized and existing under the laws of Idaho, with a regular and established place of business for semiconductor engineering services at 18575 Jamboree Road, Suite 550, Irvine, California 92612.  On information and belief, Micron Semiconductor is a wholly owned subsidiary of Micron Technology.  On information and belief, Micron Technology does not separately report revenue from Micron Semiconductor

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

- 2 -

in its filings to the Securities Exchange Commission, but rather reports combined revenue from its various products and subsidiaries.

5. On information and belief, Micron, itself and through its subsidiaries, makes dynamic random-access memory ("DRAM"), NAND Flash, and NOR Flash memory, and other memory products in semiconductor fabrication plants in the United States and other countries throughout the world. On information and belief, Micron sells its products, either directly or through distributors, retailers, authorized dealers, and sales agents, to customers, including customers in this District, in the computer, networking and storage, consumer electronics, solid-state drives and mobile telecommunications markets.

6. On information and belief, Micron also uses, sells, and offers for sale in the United States, imports into the United States and/or exports from the United States memory products, including DDR5 dual in-line memory modules ("DIMMs"). On information and belief, Micron has at least used, sold, or offered to sell products and services, including the Accused Instrumentalities, in this judicial district.

7. On information and belief, Micron has implemented the '523 and '407 Patents in its products, and/or instructed others regarding the same, without authorization. On information and belief, Micron currently designs, develops, tests, manufactures, sells for importation, imports into the U.S., sells after importation into the U.S., and/or exports from the U.S. certain DDR5 DRAM devices, and/or products containing the same, such as servers and computing systems, and/or components thereof, that directly infringe, contributorily infringe, and/or induce the infringement of the '523 and '407 Patents.

8. On information and belief, Micron places, has placed, and contributed to placing Accused Instrumentalities into the stream of commerce via an established distribution channel knowing or understanding that such products would be sold and used in the United States, including in the Central District of California. On

information and belief, Micron derives substantial revenues from infringing acts in this judicial district, including from the sale and use of the Accused Instrumentalities.

### **JURISDICTION**

9. Subject matter jurisdiction is based on 28 U.S.C. §§ 1331 and 1338, in that this action arises under a federal statute, the patent laws of the United States (35 U.S.C. §§ 1, et seq.), and the United States Constitution.

10. This Court has subject matter jurisdiction over the claims for declaratory judgments under 28 U.S.C. §§ 1331, 1338, 1442, 1454, and 2201(a). To the extent necessary, this Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 based on the common nucleus of operating facts forming the same case or controversy as the infringement claims.

11. Each Defendant is subject to this Court's personal jurisdiction consistent with the principles of due process and/or the California Long Arm Statute.

12. Personal jurisdiction exists generally over the Defendants because each Defendant has sufficient minimum contacts and/or has engaged in continuous and systematic activities in the forum as a result of business conducted within the State of California and the Central District of California. Personal jurisdiction also exists over each Defendant because each, directly or through subsidiaries, makes, uses, sells, offers for sale, imports, ships, distributes, advertises, makes available, and/or markets products within the State of California and the Central District of California that infringe one or more claims of the '523 and '407 Patents. Further, on information and belief, Defendants have placed or contributed to placing infringing products into the stream of commerce, both directly and through intermediaries (including distributors, retailers, authorized dealers, sales agents, and other individuals or entities), knowing or understanding that such products would be sold and used in the United States, including in this District.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 4 -

## VENUE

13.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b) because Defendants (1) have committed and continue to commit acts of patent infringement in this District by, among other things, directly and/or indirectly making, using, selling, offering to sell, or importing products that infringe one or more claims of the '523 and '407 Patents, and (2) have done and continue to do business in this District, including by maintaining a regular and established place of business for semiconductor engineering services at 18575 Jamboree Road, Suite 550, Irvine, California 92612.  Below is a current photo (dated August 6, 2026) reflecting "Micron" operating at The Boardwalk office park:



## BACKGROUND

14.    Many commercial computing products utilize memory modules.  A memory module is a printed circuit board that contains, among other components, multiple individual memory devices, such as DRAM packages.

15.    Modern memory modules often adopt the form of Dual In-line Memory Modules ("DIMMs").  The memory devices on DIMMs are typically arranged in

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

"ranks," which are accessible by a processor or memory controller of the host system. A memory module is typically installed into a memory slot on a computer or server motherboard.

16. Memory modules are designed for, among other things, use in servers such as those supporting cloud-based computing, artificial intelligence, and other data-intensive applications. DRAM is used as the primary working memory in computers and other devices, such as servers, to temporarily store data and instructions that the processor needs for quick access during operation. Memory modules are typically characterized by, among other things, the generation of DRAM on the module (e.g., DDR5, DDR4, DDR3) and the type of module (e.g., RDIMM, MRDIMM).

17. Since its founding in 2000, Netlist has been a leading innovator in high-performance memory module technologies. Netlist designs and manufactures a wide variety of high-performance products for the cloud computing, virtualization and high-performance computing markets. Netlist's technology enables users to derive useful information from vast amounts of data in a shorter period of time. These capabilities will become increasingly valuable as the volume of data being processed continues to exponentially increase. Netlist has secured multiple jury verdicts confirming the commercial success of its inventions. For example, in 2023, a jury in the Eastern District of Texas found that Samsung willfully infringed five Netlist patents and awarded Netlist $303.15 million in damages. *See* Verdict at 7, *Netlist, Inc. v. Samsung Elecs. Co.*, No. 2:21-cv-463, Dkt. 479 (E.D. Tex. Apr. 21, 2023). As another example, in May 2024, a jury in the Eastern District of Texas awarded Netlist $445 million in damages against Micron. *See* Verdict at 5, *Netlist, Inc. v. Micron Tech., Inc.*, No. 2:22-cv-294, Dkt. 135 (E.D. Tex. May 23, 2024). And in November 2024, a jury found that Samsung willfully infringed three other Netlist patents and awarded Netlist $118 million in damages. *See* Verdict at 7,

*Netlist, Inc. v. Samsung Elecs. Co.*, No. 2:22-cv-293, Dkt. 847 (E.D. Tex. Nov. 22, 2024).

18.     Netlist has a long history of being the first to market with disruptive new products such as the first load-reduced dual in-line memory module ("LRDIMM"), HyperCloud®, based on Netlist's distributed buffer architecture. This technology was later adopted by the industry for DDR4 LRDIMMs, the predominant high-end server memory module for the past several years.  The same architecture and patented local synchronization technology are also used in accused DDR5 products such as DDR5 RDIMMs (i.e., registered dual in-line memory modules) and DDR5 MRDIMMs (i.e., multiplexed rank dual in-line memory modules, also referred to as "MCRDIMMs").  Netlist was also the first to bring NAND flash to the memory channel with its NVvault® NVDIMM.  Netlist's pioneering NVDIMM products utilized the same on-module power management technology found on newer-generation DDR5 DIMMs.  These innovative products built on Netlist's early pioneering work in areas such as embedding passives into printed circuit boards to free up board real estate, doubling densities via quad-rank double data rate (DDR) technology, and other off-chip technology advances that result in improved performance and lower costs compared to conventional memory.

**The '523 Patent**

19.     The '523 Patent is entitled "Multi-Mode Memory Module with Data Handlers," and was filed as U.S. Application No. 14/229,844 (the "'844 Application") on March 29, 2014 and assigned to Netlist, Inc.  The '523 Patent issued on February 26, 2019, and claims priority to, among others, U.S. Application No. 13/745,790, filed January 19, 2013, now U.S. Patent No. 8,689,064 (the "'064 Patent"); U.S. Application No. 13/183,253, filed July 14, 2011, now U.S. Patent. No. 8,359,501 (the "'501 Patent"); U.S. Application No. 12/422,925, filed April 13, 2009, now U.S. Patent No. 8,001,434 (the "'434 Patent"); as well as three

provisional applications filed on April 14, 2008 (Nos. 61/044,839, 61/044,825, and 61/044,801).

20. Claim 1 of the '523 Patent provides:

**[1.pre]** A memory module accessible in a computer system by a system memory controller via a system memory bus, comprising:

**[1.a]** memory devices mounted on a circuit board, [ii] the memory devices having address and control ports and data ports;

**[1.b]** [i] a data module mounted on the circuit board and [ii] coupled between the data ports of the memory devices and the system memory bus, [iii] the data module including data handler logic elements; and

**[1.c]** [i] a control module mounted on the circuit board and [ii] coupled to the [a] data module, [b] the address and control ports of the memory devices, and [c] the system memory bus; and

**[1.d]** wherein the memory module is operable in any of a plurality of modes including a first mode and a second mode;

**[1.e]** [i] wherein the control module in the first mode is configured to receive system address and control signals from the system memory controller and to output first memory address and control signals to the memory devices according to the system address and control signals, [ii] and the data module in the first mode is configured to propagate one or more first data signals between the memory devices and the system memory controller, [iii] the one or more first data signals being transmitted or received by at least a portion of the memory devices in response to the first memory address and

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

control signals; and

**[1.f]** [i] wherein the control module in the second mode is configured to output second memory address and control signals to the address and control ports of the memory devices, [ii] and the data module in the second mode is configured to isolate the memory devices from being accessed by the system memory controller [iii] and to transmit one or more second data signals including data patterns provided by the data handler logic elements to the data ports of the memory devices according to one or more commands output from the control module, [iv] and wherein at least a portion of the memory devices are configured to receive the one or more second data signals according to the second memory address and control signals from the control module.

'523 Patent, at 16:55–17:30.

21.    The '523 Patent relates to memory subsystems and, more specifically, a self-testing architecture for memory modules that utilizes certain on-board components to conduct testing functions "without substantial system memory controller involvement." '523 Patent, at 1:33-34. The '523 patent discloses a memory module that includes on-board logic to assist in the performance of functions outside normal operations, such as during training and testing. The on-board logic includes a control module and data module that communicate with the memory devices on the module.

22.    The '523 Patent discloses and claims a novel architecture for memory modules that support two modes of operation (e.g., a first mode that may corresponding to normal operations and a second operation mode that may corresponding to training or testing functions). The claimed modules utilize a data

module (or buffer) and a separate control module. During the first mode of operation, the data module propagates data signals between the system memory controller and the memory devices while the control module provides address and control signals based on the address and control signals from the system memory controller. When the module operates in the second mode, the data module isolates the memory devices and the memory controller and provides data patterns, and the control module provides address and control signals. Separating the control and data handling makes the system more modular (and thus more flexible) than prior-art testing approaches. The invention also allows for faster and more reliable testing and training of the memory devices by dividing the memory devices subject to testing or training into smaller groups, allowing each group to be trained or tested with a smaller number of data sets with faster turnaround.

**The '407 Patent**

23.    The '407 Patent is entitled "Memory Module with Local Clock Signals," and was filed as U.S. Application No. 18/935,410 on November 1, 2024 and assigned to Netlist, Inc. The '407 Patent issued on July 7, 2026, and claims priority to, among others, U.S. Application No. 18/059,958, filed November 29, 2022, now U.S. Patent No. 12,135,644; U.S. Application No. 17/141,978, filed January 5, 2021, now U.S. Patent. No. 11,513,955; U.S. Application No. 16/432,700, filed June 5, 2019, now U.S. Patent No. 10,884,923; U.S. Application No. 14/445,035, filed July 28, 2014, now U.S. Patent No. 10,324,841; and U.S. Provisional No. 61/859,215 filed July 27, 2013.

24.    Claim 1 of the '407 Patent provides:

**[1.pre]** A memory module operable in a computer system having a memory controller and a system bus, the system bus including one or more clock signal lines, control/address (C/A) signal lines and data signal lines, the memory module comprising:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

[1.a] a printed circuit board (PCB) having connectors configured to provide electrical connections between the memory module and the system bus;

[1.b] memory devices mounted on the PCB and organized in a plurality of groups, wherein a respective group of the memory devices is configurable to communicate data with the memory controller via a corresponding subset of the data signal lines;

[1.c] circuitry mounted on the PCB and configurable to:

[1.c.1] receive from the memory controller a system clock via the one or more clock signal lines and input control and address (C/A) signals via the C/A signal lines;

[1.c.2] generate module C/A signals in response to the input C/A signals;

[1.c.3] generate a plurality of local clocks corresponding, respectively, to the plurality of groups of the memory devices, the plurality of local clocks having respective phase relationships with the system clock, the respective phase relationships being programmable independently of each other; and

[1.c.4] output the module C/A signals to the memory devices; and

[1.c.5] output the plurality of local clocks to the memory devices, wherein a respective local clock having a respective programmable phase relationship with the system clock is output to a corresponding group of the memory devices and not to any other group of the memory devices, wherein the corresponding group of the memory devices is configurable to perform memory read or write operations by communicating data signals with the memory controller via a

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

corresponding subset of data signal lines in accordance with the respective local clock.

'407 Patent, at 18:10-47.

25.     The '407 Patent discloses and claims a memory module operable in a computer system having a memory controller and a system bus and comprises memory devices organized in a plurality of groups, and circuits coupled to the memory devices.  The circuits include circuitry configurable to receive from the memory controller a system clock and input control and address (C/A) signals, and to generate a module clock signal and module C/A signals in response to the system clock and input C/A signals.  The circuits further include circuitry configurable to generate a plurality of local clock signals corresponding, respectively, to the plurality of groups of memory devices, and to output the plurality of local clock signals to respective groups of the memory devices.  A respective local clock signal has a respective phase relationship with the module clock signal and is output to a corresponding group of the memory devices but not any other group of the memory devices. The plurality of local clocks have respective phase relationships with the system clock, with the respective phase relationships being programmable independently of each other.

**Micron's Infringing Activities**

26.     Micron is a worldwide semiconductor solution provider and one of the largest manufacturers of semiconductor memory products such as DRAM and NAND Flash used in DDR5 DIMM products.  Micron develops, manufactures, sells, offers to sell, imports into the United States and exports from the United States memory components and memory modules (including semi-finished ones) designed for, among other things, use in servers such as those supporting cloud-based computing, artificial intelligence, and other data-intensive applications.

**DDR5 Memory Modules**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

- 12 -

27.     DDR5 memory modules introduced important upgrades over DDR4 modules to support massive bandwidth requirements and AI workloads, as well as to benefit from the reduced power consumption and enhanced reliability that DDR5 memory offers over its predecessors.

28.     The Accused Instrumentalities include: Micron's DDR5 products, such as RDIMMs, MRDIMMs, and other memory modules having materially the same structures and designs in relevant parts (the "Accused DDR5 Products"); and/or products containing the same, such as servers and computing systems; and/or components thereof, including registering clock drivers ("RCD" or "MRCD"), DRAM chips, interface dies, data buffers, that are made, sold, offered for sale, used and/or imported into the United States by Defendants.

29.     The Accused DDR5 Products include, but are not limited to, Micron's DDR5 RDIMMs and MRDIMMs, such as: MTC40F2046S1RC64BH1; MTC20F1045S1RC80BH1; MTA18ASF2G72PZ-3G2R1; MTA36ASF8G72PZ-3G2F1; MTC40F2046S1RC80BH1; MTC10F1084S1RC80BH1; MTA18ASF2G72PDZ-3G2R1; MTA18ASF4G72PZ-3G2F1; MTC40F2047S1RC80BE1; MTC20F2085S1RC64BH1; MTC20F2085S1RC80BH1; MTC80F404VM1HC1CXE1; MTC40F408WS1HC1AXE1; MTC40F204WS1HC1CXE1; MTC40F2047S1HC88XB1; MTC40F204WS1HC88XC1; MTC40F204WS1HC88XB2; MTC40F2046S1HC88XD1; MTC20F2085S1HC88XD1; MTC40F4086S1HC88XD1; MTC20F2085S1RC56BD2.

30.     The Accused DDR5 Products include Micron's DDR5 products that incorporate components from third parties.  For example, on its website, Micron identifies Rambus, Montage, and Renesas as "Chipset Partners" and specifically

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

- 13 -

mentions DDR5 DIMMs on each individual company page.[1]  Additionally, depictions of certain Micron DDR5 RDIMMs being sold online show the products having RCDs from Rambus, Montage, and Renesas.  *See, e.g.*, *Micron MTC40F204WS1RC64BB2R 96GB 6400mhz Pc5-51200 DDR5 288-pin Memory*, ServerOrbit, https://serverorbit.com/micron-mtc40f204ws1rc64bb2r-96gb-6400mhz-pc5-51200-memory/ (last visited Aug. 7, 2026):



*MTC40F204WS1RC56BB1 - Micron RAM 96GB 2Rx4 PC5-44800 RDIMM DDR5 5600MHz ECC Registered Server Memory Module*, A-Tech Components, https://atechmemory.com/products/mtc40f204ws1rc56bb1-micron-ram-96gb-2rx4-pc5-44800-ec8-rdimm-ddr5-5600-ecc-registered-server-memory-module (last visited Aug. 7, 2026):



*Micron 96GB PC5-5600B-R RDIMM*, ETB, https://www.etb-tech.com/micron-

---

[1] *Chipset and Logic Partner: Rambus*, Micron, https://www.micron.com/partners/partner-networks/chipset-partners/rambus (last visited Aug. 7, 2026); *Chipset and Logic Partner: Montage*, Micron, https://www.micron.com/partners/partner-networks/chipset-partners/montage (last visited Aug. 7, 2026); *Chipset and Logic Partner: Renesas*, Micron, https://www.micron.com/partners/partner-networks/chipset-partners/renesas (last visited Aug. 7, 2026).

96gb-pc5-5600b-r-2rx4-ec8-mtc40f204ws1rc56bb1-mem0066.html (last visited Aug. 7, 2026):



On information and belief, Micron's DDR5 MRDIMMs also contain MRCDs from Rambus, Montage, and/or Renesas.

31.     The Accused DDR5 Products include, without limitation, any Micron DDR5 memory modules, such as, for example, the DDR5 RDIMM and DDR5 MRDIMM products depicted on Micron's website. *See e.g.*, *Memory: DRAM Memory Modules*, Micron, https://www.micron.com/products/memory/dram-modules#tabs-a417a1170c-item-b53d1e4355-tab (last visited Aug. 7, 2026):



*Memory: DRAM Memory Modules*, Micron, https://www.micron.com/products/memory/dram-modules#tabs-a417a1170c-item-f66d1fd34c-tab (last visited Aug. 7, 2026):



IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

32.     As shown above, each of the DDR5 memory modules comprises a printed circuit board, edge connections through which the module communicates and exchanges data with the system memory controller, and one or more rows of DRAM chips distributed on the left and right sides of the printed circuit board as well as on the front and back side of the printed circuit board.  Additionally, the DDR5 RDIMM contains a registering clock driver ("RCD"), and the DDR5 MRDIMM contains a multiplexed registering clock driver ("MRCD") and multiplexed rank data buffers ("MDBs").

33.     On information and belief, the Accused DDR5 Products comply with the applicable memory standards promulgated by JEDEC,[2] such as, for example, JEDEC specifications  (or proposed specifications) for Double Data Rate 5 (DDR5) SDRAM devices, DDR5 Registered Dual In-line Memory Modules (DDR5 RDIMMs), DDR5 Registering Clock Drivers (RCDs), DDR5 Multiplexed Rank Dual In-line Memory Modules (DDR5 MRDIMMs), DDR5 Multiplexed Registering Clock Drivers (MRCDs), and DDR5 Multiplexed Rank Data Buffers (MDBs).  While Netlist's infringement allegations rely in part on functionality contained within certain specifications issued by JEDEC, Netlist is not relying on essentiality to the specifications to establish infringement, as neither the '523 Patent nor '407 Patent is standard-essential.  Rather, Netlist anticipates that its

---

[2] *See, e.g.*, Krishna Yalamanchi, *Redefining performance with DDR5 and Intel Xeo processors*, Micron: Company (Dec. 31, 2022), https://www.micron.com/about/blog/company/partners/redefining-performance-with-ddr5-and-4th-gen-intel-xeon-scalable ("DRAM memory is highly standardized (thanks to the hard work of Micron and others who are developing robust standards and specifications via JEDEC)[.]"); *DRAM Modules: MRDIMM Memory*, Micron, https://www.micron.com/products/memory/dram-modules/mrdimm#accordion-8afc3a2b02-item-469d5d5cc2 (last visited Aug. 7, 2026) ("The second-generation MRDIMM design is currently under definition by JEDEC. When JEDEC releases that MRDIMM definition, Micron's products will support the JEDEC standard.").

infringement positions will be further confirmed by evidence obtained through discovery from Micron that is otherwise not publicly available.

## COUNT ONE

### (Patent Infringement: '523 Patent)

34. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

35. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the '523 Patent by, among other things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused DDR5 Products, and other products with materially the same structure in relevant part. For example, and as shown below, the Accused DDR5 Products and other products with materially the same structure and operating mechanisms in relevant part infringe at least Claim 1 of the '523 Patent.

36. The allegations below are based upon Netlist's current information and belief. On information and belief, internal documentation from Micron, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

37. To the extent the preamble is limiting, the Accused DDR5 Products are memory modules that are accessible in a computer system by a system memory controller via a system memory bus (e.g., as a pathway between a CPU and DRAMs for data communication, which would go through a memory slot in the case of communication between a memory controller and a DIMM). For example, Micron confirms on its website that the Accused DDR5 MRDIMM (i.e., registered dual in-line memory module) products are memory modules. *See Memory: DRAM Memory Modules*, Micron, https://www.micron.com/products/memory/dram-modules (last

visited Aug. 7, 2026) (categorizing "MRDIMM" within "DRAM memory modules"):

38. Micron further explains that "MRDIMM (Multiplexed Rank Dual Inline Memory Module) is a type of server memory module that uses an on-DIMM multiplexer to manage data across multiple memory ranks, enabling higher bandwidth and more efficient data transfer between memory and the processor." *DRAM Module: MRDIMM Memory*, Micron, https://www.micron.com/products/memory/dram-modules/mrdimm#accordion-8afc3a2b02-item-c44f7740e5 (last visited Aug. 7, 2026). Micron also informs customers that its DDR5 MRDIMMs fit into the same motherboard "DIMM slots," and provide "[g]reater than 15% better bus efficiency," as compared to RDIMMs. *Micron MRDIMM Innovations Deliver Highest Performance and Lowest Latency Main Memory to Accelerate Data Center Workloads*, Micron (July 16, 2024 9:02 AM), https://investors.micron.com/news-releases/news-release-details/micron-mrdimm-innovations-deliver-highest-performance-and-lowest.

39. Further, on information and belief, Micron's DDR5 MRDIMMs contain MRCDs and/or MDBs from Rambus, Montage, and/or Renesas. *See also supra* ¶ 30 (showing Micron identifies each company as a "chipset and logic partner"). Like Micron, Rambus similarly explains that the DDR5 MRDIMM "employs a novel and efficient module design that boosts data transfer rates and

system performance by multiplexing two ranks of DRAM, effectively interleaving the two data streams. This allows the ***host memory bus*** to run at twice the data rate of the native DRAM devices, thus increasing bandwidth while using the same physical connections of DDR5 RDIMMs." *Rambus Unveils Industry-First Complete Chipsets for Next-Generation DDR5 MRDIMMs and RDIMMs to Deliver Breakthrough Performance for Data Center and AI*, Rambus (Oct. 15, 2024), https://www.rambus.com/rambus-unveils-industry-first-complete-chipsets-for-next-generation-ddr5-mrdimms-and-rdimms-to-deliver-breakthrough-performance-for-data-center-and-ai/ (emphasis added).

40.    On information and belief, each MRDIMM has memory devices mounted on a circuit board, and the memory devices have address and control ports and data ports.  For example, Micron's DDR5 MRDIMMs contain multiple DRAM chips (i.e., memory devices) affixed to a green printed circuit board.  *See Memory: DRAM Memory Modules*, Micron, https://www.micron.com/products/memory/dram-modules#tabs-a417a1170c-item-f66d1fd34c-tab (last visited Aug. 7, 2026):



41.    Additionally, because the DRAM chips receive command/address and data signals from the system memory controller (through on-module components provided by third parties such as Montage, Rambus and Renesas), the DRAM chips have address and control ports and data ports to receive these signals.  *See*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

*M88MR5RCD01 (Gen1 DDR5 MRCD)*, Montage, https://www.montage-tech.com/Memory_Interface/DDR5/M88MR5RCD01 (last visited Aug. 7, 2026):



42.     On information and belief, each memory module has a data module mounted on the circuit board and coupled between the data ports of the memory devices and the system memory bus, the data module including data handler logic elements.  For example, as illustrated in the preceding image, the Accused DDR5 Products contain data modules, such as the multiplexed rank data buffers (MDBs) positioned between the gold edge connectors and the DRAM chips to "manage data traffic between the memory controller and DRAM chips." *Montage Technology Delivers Gen2 MRCD & MDB Engineering Samples for DDR5 MRDIMM*, Montage (Jan. 24, 2025), https://www.montage-tech.com/Press_Releases/20250124.  Further, Montage describes its MDB chips as "core logic devices for high-bandwidth server memory modules - MRDIMM / MCRDIMM," *DDR5 Products*, Montage, https://www.montage-tech.com/Memory_Interface/DDR5 (last visited Aug. 7, 2026), and Renesas describes its MDB chip as having "an input-only control bus interface that is connected to an MRCD," "a dedicated pin for ZQ calibration and loopback outputs for test purposes," and "two four-bit data interfaces," each of which "multiplexes two pseudo-channels, both of which have a separate 4-bit DRAM interface," Sung Kim, *Renesas Continues Leadership in Data Center with*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

- 20 -

*New Chipsets for High Performance Memory Modules Based on DDR5 Multiplexer Combined Ranks (MCR) Dual In-line Memory Module*, Renesas (Dec. 9, 2022), https://www.renesas.com/en/blogs/renesas-continues-leadership-data-center-new-chipsets-high-performance-memory-modules-based-ddr5.  *See also id.*:



(b) MCR-DIMM interface

*RG5D188: Gen 1 MRDIMM MDB*, Renesas, https://www.renesas.com/en/products/rg5d188 (last visited Aug. 7, 2026):



43.　On information and belief, each memory module has a control module mounted on the circuit board and coupled to the data module, the address and control ports of the memory devices, and the system memory bus.  For example, each of the Accused DDR5 Products contains a MRCD, which "buffers and re-drives the address, command, clock, and control signals from the memory controller," and works "in conjunction with Multiplexed Rank Data Buffer (MDB) chips."  *M88MR5RCD01 (Gen1 DDR5 MRCD)*, Montage, https://www.montage-tech.com/Memory_Interface/DDR5/M88MR5RCD01 (last visited Aug. 7, 2026).

44.     On information and belief, the memory module is operable in any of a plurality of modes including a first mode and a second mode.  For example, the Accused DDR5 Products are operable in a normal read/write operation mode, *see, e.g., M88MR5DB01 (Gen1 DDR5 MDB)*, Renesas, https://www.montage-tech.com/Memory_Interface/DDR5/M88MR5DB01 (last visited Aug. 7, 2026) ("The M88MR5DB01 is a Gen1 DDR5 Multiplexed Data Buffer (MDB) supporting data rates up to 8800MT/s. The MDB chip buffers and re drives data signals from the memory controller or DRAM devices. It incorporates a dual-nibble host interface that operates at twice the speed of the DRAM interface. The DRAM side features four nibbles, with two allocated to each pseudo-channel. The MDB efficiently multiplexes two DRAM-side DQ signals into one host side DQ signal."), and are also operable in "CA, CS, DFE and BCOM training modes," *M88MR5RCD01 (Gen1 DDR5 MRCD)*, Montage, https://www.montage-tech.com/Memory_Interface/DDR5/M88MR5RCD01 (last visited Aug. 7, 2026), which are different from a normal read/write mode.

45.     On information and belief, the control module in the first mode is configured to receive system address and control signals from the system memory controller and to output first memory address and control signals to the memory devices according to the system address and control signals.  For example, in the Accused DDR5 MRDIMMs, the MRCD "buffers and re-drives the address, command, clock, and control signals from the memory controller," which means the MRCD is designed to receive the address/command/clock/control signals from the memory controller—otherwise it would not be able to buffer or re-drive those signals.  *M88MR5RCD01 (Gen1 DDR5 MRCD)*, Montage, https://www.montage-tech.com/Memory_Interface/DDR5/M88MR5RCD01 (last visited Aug. 7, 2026):

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

- 22 -



## General Description

The M88MR5RCD01 is a first-generation DDR5 Multiplexed Rank Registering Clock Driver (MRCD) chip that supports data rates of up to 8800MT/s. This chip buffers and re-drives the address, command, clock, and control signals from the memory controller. Compared to traditional DDR5 RCD chips, the MRCD can generate four independent chip-select signals at standard rates, enabling more flexible and efficient memory management operations. Working in conjunction with Multiplexed Rank Data Buffer (MDB) chips, the MRCD chip is applied in next-generation DDR5 MRDIMM / MCRDIMM memory modules, effectively doubling memory system bandwidth to meet the urgent demand for memory throughput in high-performance computing scenarios, such as AI training, inference, and large-scale data analysis.

46.     As also explained, the control module (MRCD) is also configured, in the first mode (normal read/write), to output first memory address and control signals to the memory devices according to the system address and control signals. For example, the Montage describes its MRCD as including "[t]wo sub-channels, each divided into two pseudo-channels to increase the total bandwidth of the host system" and "[t]wo pseudo-channels splitting the incoming CA inputs and generating separate CA outputs." *Id.* The incoming control/address inputs are thus split and separate control/address outputs are generated based on the split incoming C/A signals, and the command/control/address signals re-driven across the multiple memory ranks of memory devices are those received and buffered from the system memory controller.

47.     On information and belief, the data module in the first mode is configured to propagate one or more first data signals between the memory devices and the system memory controller, the one or more first data signals being transmitted or received by at least a portion of the memory devices in response to

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 23 -

the first memory address and control signals.  For example, the Accused DDR5 Products' MDB chips "buffer[] and re-drive[] data signals from the memory controller or DRAM devices" and "efficiently multiplex[] two DRAM-side DQ signals into one host-side DQ signal." *M88MR5DB01 (Gen1 DDR5 MDB)*, Montage, https://www.montage-tech.com/Memory_Interface/DDR5/M88MR5DB01 (last visited Aug. 7, 2026).  This suggests that the data buffers are configured to propagate one or more data signals between the memory devices and the system memory controller, and the one or more first data signals are being transmitted or received by at least a portion of the memory devices in response to the first memory address and control signals.

48.    On information and belief, when the Accused DDR5 Products are in the second mode, the control module is configured to output second memory address and control signals to the address and control ports of the memory devices. For example, on information and belief, the Accused DDR5 Products contain a control module configured to operate in the training modes described below:

Table 38 — Summary of Training Support Features and Functions

| Interface | Training Step | Symbol | Direction | Features |
|---|---|---|---|---|
| DRAM Interface | MDQS Receive Enable | MRE | DRAM to MDB | Receiver enable sampling of MDQS pins<br>Output sample driven out on host interface DQ pins |
| | MDQS Read Delay | MRD[1] | DRAM to MDB | Phase adjustment for MDQS input delay using Read Training pattern from DRAM. Data Comparator output sample driven out on host interface DQ pins |
| | DRAM Write Leveling | DWL | MDB to DRAM | Transmits MDQS according to write commands generated from host. Receives DQ feedback from DRAM and sends to host. |
| | MDQ Write Delay | MWD[1] | MDB to DRAM | Phase adjustment for MDQ output delay using the Data Buffer *Training Pattern Generator* for writes to the DRAM and read comparison. Data Comparator output sample driven out on host interface DQ pins |

49.    As one example, during the MWD training, "[t]he host issues write commands to one selected rank in the Rank mode, or one or both PS in the Mux mode. The MDB generates the write pattern for the target rank or PS (one or both) based on the configuration of its Read Training Pattern registers and based on the PS and rank information from the write command. … MDB will recover the PS and rank information to apply the proper MDQ-MDQS delay when outputting the data.

The host then performs a read to the rank, or one or both PS, and compares the received pattern against the 'previously sent' pattern. … The results for the write vs. read comparisons produced by the MDB for each PS is asynchronously sent back to the host through the DQ pins." JEDEC MDB Spec. Rev. 0.7, at 115. On information and belief, the DRAMs receive the required control/address signals from the MRCD (control module) during the above-mentioned write and read operations performed during the MWD training.

50. Specifically, each command is defined by a combination of system control/address signals, MRCD buffers these input signals and re-drives/outputs them as the corresponding (second) memory address and control signals to the address and control ports of the memory devices.

51. On information and belief, the data module of the Accused DDR5 Products is configured to isolate the memory devices from being accessed by the system memory controller. For example, on information and belief, in MWD training, although the host issues write commands to the DRAMs, the data that is written is generated from the MDB's pattern generator and not from the host; additionally, the read operation does not result in the data read from the DRAMs being sent to the host. Rather the data comparison results are sent to the host. *See id.* at 115 ("The host must not drive DQ during MWD training since the MDB will be continuously driving training result status. The data for these Write commands come from the MDB write pattern generators."), *id.* ("The host issues write commands to one selected rank in the Rank mode, or one or both PS in the Mux mode. The MDB generates the write pattern for the target rank or PS (one or both) based on the configuration of its Read Training Pattern registers and based on the PS and rank information from the write command. . . . The host then performs a read to the rank, or one or both PS and compares the received pattern against the 'previously sent' pattern. . . . The results for the write vs. read comparisons produced by the MDB for each PS is asynchronously sent back to the host through

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 25 -

the DQ pins."); *id.* ("To check whether the writes were successful, the host reads the data back from the same DRAM location and the data buffer performs a bit wise comparison with the read comparison pattern. The feedback on the DQ pins to the host will indicate a mis-compare in the same way as defined for the MRD training mode."). This again indicates that the memory devices are not accessed by the memory controller for either read or write.

52. On information and belief, the data module of the Accused DDR5 Products is configured to transmit one or more second data signals including data patterns provided by the data handler logic elements to the data ports of the memory devices according to one or more commands output from the control module. For example, on information and belief, during MWD training, the data patterns are written to the memory devices in response to write commands from the host that are generated by the MDB's data pattern generators. The data pattern is generated in accordance with the write commands issued by the host, including the PS and rank information, and the corresponding one or more second data signals for the write training pattern are sent to the selected memory devices. *See* JEDEC MDB01 Spec. Rev. 0.7, at 115:

The host issues write commands to one selected rank in the Rank mode, or one or both PS in the Mux mode. The MDB generates the write pattern for the target rank or PS (one or both) based on the configuration of its Read Training Pattern registers and based on the PS and rank information from the write command. The MDB has two Pattern Generators. One Pattern Generator is for PS0 in the Mux mode or Rank 0 and Rank 1 in the Rank mode. The other Pattern Generator is for PS1 in the Mux mode or Rank 2 and Rank 3 in the Rank mode. MDB will recover the PS and rank information to apply the proper MDQ-MDQS delay when outputting the data. The host then performs a read to the rank, or one or both PS and compares the received pattern against the "previously sent" pattern. The host can program the DRAM Read Training Pattern for each PS with the same pattern or different pattern. The host can configure MDB to snoop DRAM Read Training Pattern registers and apply to PS0, PS1 or both defined in PG[70]RWE4. The host can also program each PS Read Training Pattern MDB registers as needed. The results for the write vs. read comparisons produced by the MDB for each PS is asynchronously sent back to the host through the DQ pins. Feedback for each PS is sent out is independent of the other PS. When the MDB is configured per-transaction in RW97[3], PS0 and PS1 feedback resulting from the pattern comparison per transaction goes out to the host according to the configuration of MDB PG[70]RWE5. When the MDB is configured per-bit, the host will only be able to see the per-DQ feedback for the PS that was selected in PG[70]RWE5. In this case, the host requires two passes to see the per-DQ feedback of both PS, doing one PS at a time.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

53.    The pattern generated by the MDB is provided by MDB's Data Buffer Training Pattern Generator, including an LFSR pattern generator. *Id.* at 115, 122–127:

> When the LFSR pattern is enabled, the current state for each LFSR can be read from WRITE LFSR registers RW[9F:9E] and PG[70]RW[EF:EE], and READ LFSR registers RW[9D:9C] and PG[70]RW[ED:EC]. MWD mode must first be exited to read these registers. While the MDB is in the MWD training mode, the host sends write commands to an arbitrary DRAM location. The host must not drive DQ during MWD training since the MDB will be continuously driving training result status. The data for these Write commands come from the MDB write pattern generators.
>
> ## 8.8   Data Buffer Training Pattern Generator
>
> The MDB contains two sets of training pattern generators to support the HIR, MRD, and MWD training modes. Each set contains two pattern generators. One set is for PS0 in the Mux mode, or Rank 0 and Rank 1 in the Rank mode. The other set is for PS1 in the Mux mode, or Rank 2 and Rank 3 in the Rank mode. Within each set, one pattern generator is used for reads and one pattern generator is used for writes. The read training pattern generator is enabled when the Data Buffer is in HIR, MRD, or MWD training mode. The write training pattern generator is only enabled when the Data Buffer is in MWD training mode. When the Data Buffer in MRD, MWD or HIR mode receives any RD command, it generates a BL16 read burst with the full BL16 data pattern sourced from its read pattern generator. Only a BL16 read burst type is supported. When in MRD or MWD training modes, the read training pattern generator is used to compare to the read data being returned from the DRAM. The write training pattern generator is used to send the write pattern to the DRAM when in MWD training mode.
>
> ### 8.8.1   Pattern Control
>
> The read and write training pattern generators support two primary generation format modes. A Serial format and LFSR format. The LFSR format has two secondary pattern options: the LFSR pattern or a high-frequency clock pattern. The format and pattern option are selected via the PG[8]RWE2 register as summarized in Table 42.
>
> ### 8.8.2   LFSR Functionality and Control
>
> LFSR is performed on a PS basis in the Mux mode, or independently between the {R0, R1} and {R2, R3} groups in the Rank mode. The following describes PS0 or {R0, R1} group implementation.
>
> Figure 61 shows an example LFSR topology with its associated clock pattern generator. Each LFSR is an 8-bit Galois LFSR with polynomial $x^8 + x^6 + x^5 + x^4 + 1$. The numbered shifter stages of each LFSR are mapped 1:1 with the bit numbers of its respective pattern/seed register. The output of each LFSR can be assigned to any number of DQ outputs. The PG[8]RWE6 register allows the host to select the per-DQ assignment between the two LFSRs. This



**Figure 61 — Example LFSR Topology**

54.    On information and belief, the host's write commands are first received by the MRCD and then output from the MRCD and sent to the MDB via the BCOM bus. *See e.g.*, JEDEC MDB01 Spec. Rev. 0.7, at 114 (During MWD, "the data that

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 27 -

is written to the DRAM comes from a pattern generator that is configured with MDB MRW commands through the DDR5 register via the BCOM bus.").

55. On information and belief, at least a portion of the memory devices of the Accused DDR5 Products are configured to receive the one or more second data signals according to the second memory address and control signals from the control module. For example, on information and belief, during MWD training, the host issues a write command to write the training pattern to a random memory location and then issues read commands to read the pattern from the same location. Thus, the targeted memory devices are configured to receive the one or more second data signals (that is, the write training pattern); otherwise, they would not be able to output the data pattern in response to the subsequent read requests. *See, e.g.,* JEDEC MDB01 Spec. Rev. 0.7, at 115:

When the LFSR pattern is enabled, the current state for each LFSR can be read from WRITE LFSR registers RW[9F:9E] and PG[70]RW[EF:EE], and READ LFSR registers RW[9D:9C] and PG[70]RW[ED:EC]. MWD mode must first be exited to read these registers. While the MDB is in the MWD training mode, the host sends write commands to an arbitrary DRAM location. The host must not drive DQ during MWD training since the MDB will be continuously driving training result status. The data for these Write commands come from the MDB write pattern generators.

The host issues write commands to one selected rank in the Rank mode, or one or both PS in the Mux mode. The MDB generates the write pattern for the target rank or PS (one or both) based on the configuration of its Read Training Pattern registers and based on the PS and rank information from the write command. The MDB has two Pattern Generators. One Pattern Generator is for PS0 in the Mux mode or Rank 0 and Rank 1 in the Rank mode. The other Pattern Generator is for PS1 in the Mux mode or Rank 2 and Rank 3 in the Rank mode. MDB will recover the PS and rank information to apply the proper MDQ-MDQS delay when outputting the data. The host then performs a read to the rank, or one or both PS and compares the received pattern against the "previously sent" pattern. The host can program the DRAM Read Training Pattern for each PS with the same pattern or different pattern. The host can configure MDB to snoop DRAM Read Training Pattern registers and apply to PS0, PS1 or both defined in PG[70]RWE4. The host can also program each PS Read Training Pattern MDB registers as needed. The results for the write vs. read comparisons produced by the MDB for each PS is asynchronously sent back to the host through the DQ pins. Feedback for each PS is sent out is independent of the other PS. When the MDB is configured per-transaction in RW97[3], PS0 and PS1 feedback resulting from the pattern comparison per transaction goes out to the host according to the configuration of MDB PG[70]RWE5. When the MDB is configured per-bit, the host will only be able to see the per-DQ feedback for the PS that was selected in PG[70]RWE5. In this case, the host requires two passes to see the per-DQ feedback of both PS, doing one PS at a time.

To check whether the writes were successful, the host reads the data back from the same DRAM location and the data buffer performs a bit wise comparison with the read comparison pattern. The feedback on the DQ pins to the host will indicate a mis-compare in the same way as defined for the MRD training mode. All configuration settings for per-bit sticky error status or per transaction error events are the same as for the MRD training mode. The UI filtering and Training Status word are also the same. The phase relationship between the DRAM interface data strobe signals (MDQSx_t/MDQSx_c) and their corresponding data signals (MDQx) during write transactions is selected by buffer control words PG[73,72,1,0]RWE6 and PG[73,72,1,0]RWE7 for lower and upper nibble respectively. The MDB uses the RANK ID fields in the BCOM Write Command and Read Command sequences to select the correct DRAM interface write leveling and DRAM interface receive enable timings for Writes and Reads respectively. The MDB also uses this rank information to exercise the appropriate MDQ-MDQS settings.

56.     On information and belief, the write operation to the targeted devices (at least a portion of the memory devices) is in accordance to the second memory address and control signals from the control module (MRCD) which buffers and re-drives the control/address signals from the host, and those control/address signals include information regarding the memory location where the memory operation is to be performed and the type of operation (a write operation).  *See, e.g.*, JEDEC MDB01 Spec. Rev. 0.7, at 115:

> When the LFSR pattern is enabled, the current state for each LFSR can be read from WRITE LFSR registers RW[9F:9E] and PG[70]RW[EF:EE], and READ LFSR registers RW[9D:9C] and PG[70]RW[ED:EC]. MWD mode must first be exited to read these registers. While the MDB is in the MWD training mode, the host sends write commands to an arbitrary DRAM location. The host must not drive DQ during MWD training since the MDB will be continuously driving training result status. The data for these Write commands come from the MDB write pattern generators.
>
> …
>
> The host issues write commands to one selected rank in the Rank mode, or one or both PS in the Mux mode. The MDB generates the write pattern for the target rank or PS (one or both) based on the configuration of its Read Training Pattern registers and based on the PS and rank information from the write command. The MDB has two Pattern Generators. One Pattern Generator is for PS0 in the Mux mode or Rank 0 and Rank 1 in the Rank mode. The other Pattern Generator is for PS1 in the Mux mode or Rank 2 and Rank 3 in the Rank mode. MDB will recover the PS and rank information to apply the proper MDQ-MDQS delay when outputting the data. The host then performs a read to the rank, or one or both PS and compares the received pattern against the "previously sent" pattern. The host can program the DRAM Read Training Pattern for each PS with the same pattern or different pattern. The host can configure MDB to snoop DRAM Read Training Pattern registers and apply to PS0, PS1 or both defined in PG[70]RWE4. The host can also program each PS Read Training Pattern MDB registers as needed. The results for the write vs. read comparisons produced by the MDB for each PS is asynchronously sent back to the host through the DQ pins. Feedback for each PS is sent out is independent of the other PS. When the MDB is configured per-transaction in RW97[3], PS0 and PS1 feedback resulting from the pattern comparison per transaction goes out to the host according to the configuration of MDB PG[70]RWE5. When the MDB is configured per-bit, the host will only be able to see the per-DQ feedback for the PS that was selected in PG[70]RWE5. In this case, the host requires two passes to see the per-DQ feedback of both PS, doing one PS at a time.

57.     On information and belief, Micron also indirectly infringes the '523 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the United States.  For example, on information and belief, Micron has induced, and currently induces, the infringement of the '523 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the Accused DDR5 Products and other materially similar products that infringe the '523 Patent.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

58.     On information and belief, Micron provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the Accused DDR5 Products and other materially similar products by users in a manner that Micron knows or should have known would result in infringement and with the intent of inducing infringement.  For example, Micron instructs its customers on how to use the Accused DDR5 Products, despite knowing that such use by its customers constitutes infringement.  *See, e.g.*, *Sales and Support: Downloads and Technical Documentation*, Micron, https://www.micron.com/sales-support/downloads (last visited Aug. 7, 2026).

59.     Furthermore, in marketing materials for the Accused DDR5 Products, Micron notes its "close industry collaborations ensure seamless integration into existing server infrastructures and smooth transitions to future compute platforms." *Micron MRDIMM Innovations Deliver Highest Performance and Lowest Latency Main Memory to Accelerate Data Center Workloads*, Micron (July 16, 2024 9:02 AM), https://investors.micron.com/news-releases/news-release-details/micron-mrdimm-innovations-deliver-highest-performance-and-lowest.

60.     On information and belief, Micron is encouraging and facilitating infringement of the '523 Patent by others.  For example, on information and belief, Micron sells or otherwise provides the Accused DDR5 Products to distributors or U.S.-based sales entities knowing that these entities intend to make, use, offer to sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

61.     On information and belief, Micron also indirectly infringes the '523 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of California and elsewhere in the United States.  For example, on information and belief, Micron has contributed to, and currently contributes to, Micron's customers' and end-users' infringement of the '523 Patent through the affirmative acts of

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

- 30 -

selling and offering to sell, either directly or through distributors, in this District and elsewhere in the United States, the Accused DDR5 Products and other materially similar products that infringe the '523 Patent. On information and belief, the Accused DDR5 Products and other materially similar products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Micron is aware that the product or process that includes the Accused DDR5 Products and other materially similar products may be covered by one or more claims of the '523 Patent. On information and belief, the use of the product or process that includes the Accused DDR5 Products and other materially similar products infringes at least one claim of the '523 Patent.

62. Micron's infringement of the '523 Patent has damaged and will continue to damage Netlist. Netlist presented its patented technologies disclosed in the '523 Patent to Micron at least as of February and/or April 2015. Micron had had actual knowledge of the '523 Patent no later than April 28, 2021 via Exhibit A to Netlist's April 28, 2021 letter to Micron. Micron's infringement of the '523 Patent has been continuing and willful. Micron continues to commit acts of infringement despite a high likelihood that its actions constitute infringement, and Micron knew or should have known that its actions constituted an unjustifiably high risk of infringement.

## COUNT TWO
### (Patent Infringement: '407 Patent)

63. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

64. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the '407 Patent by, among other things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused DDR5 Products, and other products with materially the same structure in relevant part. For example,

and as shown below, the Accused DDR5 Products and other products with materially the same structure and operating mechanisms in relevant part infringe at least Claim 1 of the '407 Patent.

65. The allegations below are based upon Netlist's current information and belief. On information and belief, internal documentation from Micron, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

66. To the extent the preamble is limiting, the Accused DDR5 Products are memory modules operable in a computer system with a memory controller and a system bus that includes one or more clock signal lines, control/address (C/A) signal lines, and data signal lines. For example, Micron's website confirms that the Accused DDR5 RDIMM (i.e., registered dual in-line memory module) and DDR5 MRDIMM (i.e., multiplexed rank dual in-line memory module) products are memory modules. *Memory: DRAM Memory Modules*, Micron, https://www.micron.com/products/memory/dram-modules (last visited Aug. 7, 2026) (categorizing "RDIMM" and "MRDIMM" within "DRAM memory modules"):



IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

67.     On information and belief, the accused DDR5 memory modules are operable in a computer system with a memory controller and system bus when the modules are inserted into memory slots on compatible motherboards.  For example, Micron informs customers that its DDR5 MRDIMMs fit into the same motherboard "DIMM slots" and provide "[g]reater than 15% better bus efficiency" as compared to RDIMMs.  *Micron MRDIMM Innovations Deliver Highest Performance and Lowest Latency Main Memory to Accelerate Data Center Workloads*, Micron (July 16, 2024 9:02 AM), https://investors.micron.com/news-releases/news-release-details/micron-mrdimm-innovations-deliver-highest-performance-and-lowest.

68.     On information and belief, the system bus includes one or more clock signal lines, control/address (C/A) signal lines, and data signal lines.  For example, on its website, Micron provides a DDR5 RDIMM diagram that shows the RCD receiving a system clock signal and input control/address signals from the memory controller.  *See Chipset and Logic Partner: Rambus*, Micron, https://www.micron.com/partners/partner-networks/chipset-partners/rambus (last visited Aug. 7, 2026).  The same figure also shows data being received and sent via "DB" or data buffer.  Of course, for RDIMMs, the data signals would be exchanged between the host and the memory devices without intervening data buffers:



IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

- 33 -



**Figure 1: DDR5 LRDIMM/RDIMM Functional Block Diagram**

(https://www.mouser.com/datasheet/2/671/ddr5_rdimm_core-3310292.pdf) at 1 (showing the RDIMM receiving chip selects, CA signals from the host and exchanging DQ and CB data signals with the host).

*See also M88MR5RCD01 (Gen1 DDR5 MRCD)*, Montage, https://www.montage-tech.com/Memory_Interface/DDR5/M88MR5RCD01 (last visited Aug. 7, 2026):

69.     Further, on information and belief, the Accused DDR5 Products each include the following pins, through which signals from the host are communicated

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 34 -

with the memory module via the corresponding signal lines in the system bus. *See* Micron RDIMM Core Datasheet (https://www.mouser.com/datasheet/2/671/ddr5_rdimm_core-3310292.pdf) at 8-9:

**Table 4: Pin Descriptions**

| Symbol | Type | I/O Level | Description |
|---|---|---|---|
| CK_t, CK_c | Input | $V_{DD}$ | **Clock:** CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |
| CA[6:0]_A CA[6:0]_B | DDR Input | $V_{DD}$ | **Command/Address Inputs:** CA signals provide the command and address inputs according to the Command Truth Table. Note: Since some commands are multi-cycle, the pins may not be interchanged between devices on the same bus. The address inputs also provide the op-code during MODE REGISTER SET commands. |
| CS[1:0]_A CS[1:0]_B | Input | $V_{DD}$ | **Chip Select:** All commands are masked when CS_n is registered HIGH. CS_n provides for external rank selection on systems with multiple ranks. CS_n is considered part of the command code. CS_n is also used to enter and exit the parts from power down mode and self refresh mode. While not in self refresh mode the CS_n input buffer operates with the same ODT and $V_{REF}$ parameters as configured by the CA_ODT strap setting or mode register. When in self refresh, the CS_n is a CMOS rail-to-rail signal with DC HIGH and LOW at 80% and 20% of $V_{DD}$. |

…

**Table 4: Pin Descriptions (Continued)**

| Symbol | Type | I/O Level | Description |
|---|---|---|---|
| DQ[31:0]_A DQ[31:0]_B | Input/ Output | $V_{DD}$ | **Data Input/Output:** Bidirectional data bus. If CRC is enabled via the mode register, then CRC code is added at the end of data burst. Any DQ from DQ0–DQ3 may indicate the internal $V_{REF}$ level during test via mode register setting MR4 A4 = HIGH. Refer to the vendor-specific data sheets to determine which DQ is used. |
| CB[7:0]_A CB[7:0]_B | Input/ Output | $V_{DD}$ | **ECC Check Bits Input/Output:** Bidirectional data bus. On x72 ECC DIMMs. only 4 check bits per sub channel are present. |

70.     On information and belief, each memory module comprises a printed circuit board (PCB) with connectors that are configured to provide electrical connections between the memory module and the system bus.  For example, Micron shows the Accused DDR5 Products as having green printed circuit boards (PCBs) with gold edge connections.  *See, e.g.*, *Memory: DRAM Memory Modules*, Micron, https://www.micron.com/products/memory/dram-modules#tabs-a417a1170c-item-b53d1e4355-tab (last visited Aug. 7, 2026):

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631



*Memory: DRAM Memory Modules*, Micron,

https://www.micron.com/products/memory/dram-modules#tabs-a417a1170c-item-

f66d1fd34c-tab (last visited Aug. 7, 2026):

*See also DRAM Module Form Factors Quick Reference Guide*, Micron (Apr. 27,

2026),

https://www.micron.com/content/dam/micron/global/public/products/memory/dram-

modules/broad-product/dram-module-reference-guide.pdf (listing form factors

including the "Bus Width," "Pin Count," and "PCB Dimensions" for DDR5

RDIMMs and MRDIMMs).

71.     The gold-plated pins on the PCB allow command/address, clock, and

data signals to pass between the memory module components and the system

memory controller, as illustrated on Micron's website.  *See Chipset and Logic*

*Partner: Rambus*, Micron, https://www.micron.com/partners/partner-

networks/chipset-partners/rambus (last visited Aug. 7, 2026) (explaining that the

below-depicted "DDR5 data buffers (DB) and DDR5 registering clock drivers

(RCD) are targeted for use in DDR5 registered DIMMs (RDIMMs)"):

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631



*See also*, Micron RDIMM Core Datasheet

(https://www.mouser.com/datasheet/2/671/ddr5_rdimm_core-3310292.pdf) at 1:



72.     This is consistent with Table 4 above, *see supra* ¶ 69, illustrating that the module board has edge connections for coupling to clock signal lines (CK_t, CK_c), control/address (C/A) signal lines (CA[6:0]_A, CA[6:0]_B, CS[1:0]_A, CS[1:0]_B), and data signal lines (DQ[31:0]_A, DQ[31:0]_B) of the system bus. *See* Micron RDIMM Core Datasheet (https://www.mouser.com/datasheet/2/671/ddr5_rdimm_core-3310292.pdf) at 8-9.

73.     The accused memory modules further contain memory devices mounted on the PCB and organized in a plurality of groups, wherein a respective

group of the memory devices is configurable to communicate data with the memory controller via a corresponding subset of the data signal lines. For example, Micron's DDR5 RDIMMs and MRDIMMs integrate multiple DRAM chips onto a circuit board. *See DRAM Modules: RDIMM Memory*, Micron, https://www.micron.com/products/memory/dram-modules/rdimm (last visited Aug. 7, 2026) (explaining an RDIMM is a memory module containing "RAM chips").

74. Further, on information and belief, as shown in the figures above, the DRAM chips are mounted on the PCB and organized in a plurality of groups (e.g., groups of 5 SDRAMs). For example, in a 2Rx4 RDIMM, DRAMs in channel A can regarded as including four groups of five DRAMs: rank 0, upper row; rank 0, lower row; rank 1, upper row and rank 1, lower row. The same grouping applies for DRAMs in channel B. Likewise, in a 1Rx4 RDIMM, DRAMs in channel A (or channel B) are each divided into two groups: rank 0, upper row and rank 0, lower row. Each group of the five x4 DRAMs in a 1Rx4 or 2Rx4 RDIMM is configurable to communicate with the memory controller via twenty of the forty DQ/CB signal lines associated with Channel A (or Channel B).

75. As another example, in a 2Rx8 RDIMM, DRAMs in channel A (or channel B) can be divided into two groups of five DRAMs each: rank 0 and rank 1. Each group of the five x8 DRAMs is configurable to communicate with the memory controller via data signal lines associated with DQ[0:31] and CB[0:7] of channel A (or channel B). And in a 1Rx8 RDIMM, there are two groups of five x8 RDIMMs per memory module, one for each channel.

76. The accused memory modules further contain circuitry mounted on the PCB that is configurable to receive from the memory controller a system clock via the one or more clock signal lines and input control and address (C/A) signals via the C/A signal lines. On information and belief, and as noted above, *see supra* ¶ 30, the Accused DDR5 Products incorporate RCD and MRCD components from third parties such as Rambus, Montage, and Renesas. Product documentation from

Rambus, Montage, and Renesas pertaining to their DDR5 RCDs and MRCDs confirms the Accused DDR5 Products contain circuitry configurable to receive a system clock signal and input control/address signals from the memory controller. *See, e.g., RRG5005: Gen 5 DDR5 Registering Clock Driver*, Renesas, https://www.renesas.com/en/products/rrg5005 (last visited Aug. 7, 2026) (explaining the "primary function" of the "registering clock driver (RCD) used on DDR5 RDIMMs" "is to buffer the Command/Address (CA) bus, chip selects, and clock between the host controller and the DRAMs"); *Renesas Introduces Industry's First Complete Memory Interface Chipset Solutions for Second-Generation DDR5 Server MRDIMMs*, Renesas (Nov. 20, 2024), https://www.renesas.com/en/about/newsroom/renesas-introduces-industry-s-first-complete-memory-interface-chipset-solutions-second-generation (Renesas' "MRCD is used on the MRDIMMs to buffer the Command/Address (CA) bus, chip selects and the clocks between the host controller and DRAMs."); *see also DDR5 Registering Clock Driver (DDR5 RCD)*, Rambus, https://www.rambus.com/memory-interface-chips/ddr5-dimm-chipset/ddr5-rcd/ (last visited Aug. 7, 2026):



IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

*See also M88DR5RCD01: Gen1 DDR5 RCD for RDIMM / LRDIMM*, at 2, Montage, https://www.montage-tech.com/sites/default/files/2022-11/M88DR5RCD01_Flyer_English.pdf:



(materially the same figures for Gen2 through Gen4 DDR5 RCD)

*See also*, *e.g.*, *Product Selector: DDR5 Solutions*, Renesas, https://www.renesas.com/en/products/memory-logic/memory-interface-products/ddr5-solutions/product-selector?title=R:



5RCD0148HC3 – Block Diagram

(materially the same diagrams for other generations of DDR5 RCDs)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

77.     By way of further example, on Micron's "Chipset Partner" webpage for Rambus, Micron provides a DDR5 RDIMM diagram that shows the RCD receiving a system clock signal and input control/address signals from the memory controller. *See Chipset and Logic Partner: Rambus*, Micron, https://www.micron.com/partners/partner-networks/chipset-partners/rambus (last visited Aug. 7, 2026):



*See also*, *e.g.*, Micron RDIMM Core Datasheet (https://www.mouser.com/datasheet/2/671/ddr5_rdimm_core-3310292.pdf) at 1 (showing DIMM receiving chip selects, C/A signals and clock signals from the host):



78.     On information and belief, the circuitry in the Accused DDR5 Products is further configurable to generate module C/A signals in response to the input C/A signals and to output the module C/A signals to the memory devices.  For example, the blue lines in the DDR5 RDIMM diagram above, *see Chipset and Logic Partner: Rambus*, *supra* ¶ 77, show the RCD receiving C/A input signals from the memory controller and outputting C/A signals to the memory devices.  Likewise, in Micron's (L)RDIMM block diagram, for channel A, in response to received 7 C/A signals, CA_0A[13:0]AA and CA_0A[13:0]AB are output to respective DRAMs. Similarly, for channel B, in response to received 7 C/A signals, CA_0A[13:0]BB and CA_0A[13:0]BA are output to respective DRAMs.

79.     By way of further example, Rambus explains that the "DDR5 RCD provides Command/Address (CA) and clocks to the DDR5 memory devices in RDIMMs," and specifically, "[t]he RCD distributes C/A signals and clocks for each subchannel, rank and nibble." *DDR5 Registering Clock Driver (DDR5 RCD)*, Rambus, https://www.rambus.com/memory-interface-chips/ddr5-dimm-chipset/ddr5-rcd/ (last visited Aug. 7, 2026).  This is consistent with Renesas's Server DIMM diagram showing the RCD receiving input C/A signals from the memory controller on Sub-Channels A and B, and in response, generating and outputting C/A signals to the groups of DRAM devices. *See Memory Interface Products Brochure*, at 4, Renesas, https://www.renesas.com/en/document/bro/memory-interface-products-brochure?r=417486:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

*See also RRG5005: Gen 5 DDR5 Registering Clock Driver*, Renesas, https://www.renesas.com/en/products/rrg5005 (last visited Aug. 7, 2026) (showing four module C/A signals generated for output to DRAM devices (QACA[13:0]_A, QBCA[13:0]_A, QACA[13:0]_B, QBCA[13:0]_B) in response to two input C/A signals from memory controller (DCA[6:0]_A, DCA[6:0]_B)):



80.     By way of further example, Renesas confirms the MRCD is configurable to generate module C/A signals in response to input C/A signals and to output those module C/A signals to the DRAM devices, explaining that the MRCD is used on MRDIMMs "to buffer the Command/Address (CA) bus, chip selects and clock between the host controller and the DRAMs. … MRCD demultiplexes the pseudo-channels and transmits each to a separate DRAM output interface. Each DRAM interface is a 14-bit single data rate CA bus output with a chip-select. MRCD also transcodes commands from the CA bus onto a per-channel BCOM bus for data buffer control." Sung Kim, *Renesas Continues Leadership in Data Center with New Chipsets for High Performance Memory Modules Based on DDR5 Multiplexer Combined Ranks (MCR) Dual In-line Memory Module*, Renesas (Dec. 9, 2022), https://www.renesas.com/en/blogs/renesas-continues-leadership-data-center-new-chipsets-high-performance-memory-modules-based-ddr5.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

81.     On information and belief, the mounted circuitry (i.e., the RCD or MRCD) is further configurable to generate a plurality of local clocks corresponding, respectively, to the plurality of groups of the memory devices, the plurality of local clocks having respective phase relationships with the system clock, the respective phase relationships being programmable independently of each other.  For example, as shown in the block diagram below, in response to the received system clock, the RCD outputs to each group of five DRAMs (these appear to be x4 DRAMs) in channel local clock signals CK_AA, CK_AB, CK_AC and CK_AD.  Likewise, the RCD outputs to each group of five DRAMs (these appear to be x4 DRAMs) in channel B, CK_BA, CK_BB, CK_BC and CK_BD.[3]



82.     By way of another example, Renesas explains the DDR5 RCD "[p]rovides access to internal control words for configuring device features and adapting to different RDIMM system applications."  *RRG5005: Gen 5 DDR5 Registering Clock Driver*, Renesas, https://www.renesas.com/en/products/rrg5005

---

[3]The number of local clock signals will reduce correspondingly if there is only a single row per side of the printed circuit board.

(last visited Aug. 7, 2026).  The list of control words to delay output timing are provided in JEDEC standards documents, *see* JESD82-513, at 150-52 (DDR5 RCD); *see also* proposed JESD82-542, at 244-45 (DDR5 MCRD).  For example:

### 8.13.2  RW12 - QACK Output Delay Control Word

**Table 119 — RW12: QACK Output Delay Control Word**

| OP 7 | OP 6 | OP 5 | OP 4 | OP 3 | OP 2 | OP 1 | OP 0 | Definition | Encoding |
|---|---|---|---|---|---|---|---|---|---|
| X | X | 0 | 0 | 0 | 0 | 0 | 0 | Output Delay Control for QACK_t/ QACK_c Output Signals[1,2] | Delay Outputs by +(0/64) * $t_{CK}$ (Same as Default) |
| X | X | 0 | 0 | 0 | 0 | 0 | 1 | | Delay Outputs by +(1/64) * $t_{CK}$ |
| X | X | 0 | 0 | 0 | 0 | 1 | 0 | | Delay Outputs by +(2/64)* $t_{CK}$ |
| X | X | | | ... | | | | | ... |
| X | X | 1 | 1 | 1 | 1 | 0 | 1 | | Delay Outputs by +(61/64) * $t_{CK}$ |
| X | X | 1 | 1 | 1 | 1 | 1 | 0 | | Delay Outputs by +(62/64) * $t_{CK}$ |
| X | X | 1 | 1 | 1 | 1 | 1 | 1 | | Delay Outputs by +(63/64) * $t_{CK}$ |
| X | 0 | X | X | X | X | X | X | Reserved | Reserved |
| X | 1 | X | X | X | X | X | X | | Reserved |
| 0 | X | X | X | X | X | X | X | Output Delay Feature Enable for QACK_t/QACK_c[2] | (Default) Feature Disabled |
| 1 | X | X | X | X | X | X | X | | Feature Enabled[3] |

NOTE 1    These control bits do not have any effect unless RW12[7] = 1.
NOTE 2    RW12[7:0] will be sticky, cleared by power cycle not Reset.
NOTE 3    When feature is enabled the delay settings in RW12[5:0] require a time of $t_{ODU}$ for the delay to become stable on the outputs.

83.     There are also corresponding control words for QBCK, QCCK and QDCK local clocks.  DIMM makers may use symbols other than QxCK: for example, Micron's RDIMM datasheets use  CK_AA, CK_AB, CK_AC and CK_AD for channel A local clocks and CK_BA, CK_BB, CK_B and CK_BD for channel B local clocks.

84.     Additionally, the JEDEC DDR5 RCD definition demonstrates the RCD in the Accused DDR5 Products supports "output delay control," where the local clocks have respective phase relationships with the system clock.  *See, e.g.*, JEDEC 82-512, at 12:

### 3.3.8  Per-group Output Delay Control

The RCD supports output delay control for output signal groups defined and located in RW12 to RW1E. The output delay settings are incremental CK fractions of 1/64 tCK. Each signal group can be enabled or disable independently through RCD Control Words. The Host must wait $t_{ODU}$ after the Output Delay Control Word has been written to a signal group before the output becomes stable. The output delay feature controlled by RW12 to RW1E is not supported when the RCD is configured in Test Frequency mode (Band 2, RW05[7] = 1) or in PLL bypass mode (RW05[3:0] = 1111).

For example, local clocks (QxCK) shown below have respective phase relationships with respect to the system clock (DCK).

## 14.7   Output Clock Driver Characteristics (cont'd)



**Figure 112 — Definition for tstaoff and tdynoff in SDR Mode**

(JEDEC 82-512, at 242.)

### 8.13.2   RW12 - QACK Output Delay Control Word

**Table 118 — RW12: QACK Output Delay Control Word**

| OP 7 | OP 6 | OP 5 | OP 4 | OP 3 | OP 2 | OP 1 | OP 0 | Definition | Encoding |
|---|---|---|---|---|---|---|---|---|---|
| x | x | 0 | 0 | 0 | 0 | 0 | 0 | Output Delay Control for QACK_t/ QACK_c Output Signals[1,2] | Delay Outputs by +(0/64) * $t_{CK}$ (Same as Default) |
| x | x | 0 | 0 | 0 | 0 | 0 | 1 | | Delay Outputs by +(1/64) * $t_{CK}$ |
| x | x | 0 | 0 | 0 | 0 | 1 | 0 | | Delay Outputs by +(2/64)* $t_{CK}$ |
| x | x | | | | | | | | ... |
| x | x | 1 | 1 | 1 | 1 | 0 | 1 | | Delay Outputs by +(61/64) * $t_{CK}$ |
| x | x | 1 | 1 | 1 | 1 | 1 | 0 | | Delay Outputs by +(62/64) * $t_{CK}$ |
| x | x | 1 | 1 | 1 | 1 | 1 | 1 | | Delay Outputs by +(63/64) * $t_{CK}$ |
| x | 0 | x | x | x | x | x | x | Reserved | Reserved |
| x | 1 | x | x | x | x | x | x | | Reserved |
| 0 | x | x | x | x | x | x | x | Output Delay Feature Enable for QACK_t/QACK_c[2] | (Default) Feature Disabled |
| 1 | x | x | x | x | x | x | x | | Feature Enabled[3] |

NOTE 1   These control bits do not have any effect unless RW12[7] = 1.
NOTE 2   RW12[7:0] will be sticky, cleared by power cycle not Reset.
NOTE 3   When feature is enabled the delay settings in RW12[5:0] require a time of $t_{ODU}$ for the delay to become stable on the outputs.

(JEDEC 82-512, at 146; *see also id.* at 147-148 (showing tables 119, 120, and 121).)

85.    Further, Montage notes that the DDR5 RCD "features a dual-channel independent architecture in which both sub-channels share clock logic while operating independently, enabling separate parity checking without cross-channel interference." *Montage Technology Samples 9200 MT/s DDR5 RCD to Boost Next-Gen Server Performance*, Montage (June 10, 2026), https://www.montage-

tech.com/Press_Releases/20260610.  Accordingly, in DDR5 RCDs and DDR5 MRCDs, such as those in the Accused DDR5 Products, "control words are independent between the two channels. Each channel has a separate control word space that is accessible via the input chip selects for that channel. … Control word writes may occur independently on the two channels, so it is possible that both channels will be processing control word accesses at the same time, possibly offset by any number of DCKs from each other."  JESD82-513, at 125; proposed JESD82-542, at 213.

86.    On information and belief, the circuitry (i.e., the RCD or MRCD) in the Accused DDR5 Products is further configurable to output the plurality of local clocks to the memory devices, wherein a respective local clock having a respective programmable phase relationship with the system clock is output to one group of memory devices and not to any other group of memory devices.  For example, , Renesas explains that its DDR5 RCD "has a common clock input and PLL, but produces four separate clock pairs to the DRAM channels." *RRG5005: Gen 5 DDR5 Registering Clock Driver*, Renesas, https://www.renesas.com/en/products/rrg5005 (last visited Aug. 7, 2026).  As seen in Micron's RDIMM datasheet, each local clock signal is sent to only one respective group of DRAMs, and not to any other groups:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631



Figure 1: DDR5 LRDIMM/RDIMM Functional Block Diagram

Note:  1.  The above illustrates a dual-rank x80 LRDIMM/RDIMM with DRAM, PMIC, RCD, SPD, temp sensors and data buffers.

87.     On further information and belief, the group of memory devices to which the local clock is outputted can be configured to perform memory read or write operations by communicating data signals with the memory controller via a corresponding subset of data signal lines in accordance with the respective local clock.  For example, a group of memory devices in the Accused DDR5 Products perform memory read and write operations by communicating data signals with the memory controller via a subset of data signal lines, *see* Micron RDIMM Core Datasheet (https://www.mouser.com/datasheet/2/671/ddr5_rdimm_core-3310292.pdf) at 1, 9:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631



**Figure 1: DDR5 LRDIMM/RDIMM Functional Block Diagram**

Note: 1. The above illustrates a dual-rank x80 LRDIMM/RDIMM with DRAM, PMIC, RCD, SPD, temp sensors and data buffers.

**Table 4: Pin Descriptions (Continued)**

| Symbol | Type | I/O Level | Description |
|---|---|---|---|
| DQ[31:0]_A DQ[31:0]_B | Input/ Output | $V_{DD}$ | **Data Input/Output:** Bidirectional data bus. If CRC is enabled via the mode register, then CRC code is added at the end of data burst. Any DQ from DQ0–DQ3 may indicate the internal $V_{REF}$ level during test via mode register setting MR4 A4 = HIGH. Refer to the vendor-specific data sheets to determine which DQ is used. |
| CB[7:0]_A CB[7:0]_B | Input/ Output | $V_{DD}$ | **ECC Check Bits Input/Output:** Bidirectional data bus. On x72 ECC DIMMs. only 4 check bits per sub channel are present. |

88.    For example, as shown below, in a 2Rx8 DIMM, the following DRAM components output data via channel A's 31 DQ pins and 8 CB pins:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

| Component Reference Number | Component DQ | Module DQ | Module Pin Number |
|---|---|---|---|
| DAR0B0 | 0 | 7A | 161 |
| | 1 | 4A | 14 |
| | 2 | 5A | 16 |
| | 3 | 6A | 159 |
| | 4 | 3A | 154 |
| | 5 | 0A | 7 |
| | 6 | 1A | 9 |
| | 7 | 2A | 152 |
| DAR0B2 | 0 | 19A | 176 |
| | 1 | 16A | 29 |
| | 2 | 17A | 31 |
| | 3 | 18A | 174 |
| | 4 | 23A | 183 |
| | 5 | 20A | 36 |
| | 6 | 21A | 38 |
| | 7 | 22A | 181 |
| DAR0ECC | 0 | CB3A | 198 |
| | 1 | CB0A | 51 |
| | 2 | CB1A | 53 |
| | 3 | CB2A | 196 |
| | 4 | CB7A | 205 |
| | 5 | CB4A | 58 |
| | 6 | CB5A | 60 |
| | 7 | CB6A | 203 |
| DAR1B1 | 0 | 12A | 25 |
| | 1 | 15A | 172 |
| | 2 | 14A | 170 |
| | 3 | 13A | 27 |
| | 4 | 8A | 18 |
| | 5 | 11A | 165 |
| | 6 | 10A | 163 |
| | 7 | 9A | 20 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 50 -

| DAR1B3 | 0 | 24A | 40 |
| --- | --- | --- | --- |
| | 1 | 27A | 187 |
| | 2 | 26A | 185 |
| | 3 | 25A | 42 |
| | 4 | 28A | 47 |
| | 5 | 31A | 194 |
| | 6 | 30A | 192 |
| | 7 | 29A | 49 |

Micron DDR5 SDRAM RDIMM Addendum (https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/8948/MTC20F2085S1RC.pdf) at 4-6, for x8 RDIMMs.  DQ mapping shows the DIMM (module) DQ pins that correspond with each DRAM.

89.    As another example, Micron's RDIMM datasheet addendum for a x4 RDIMM shows the following block diagram, mapping each DRAM to its corresponding DQ or CB signal lines:



IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631



Micron DDR5 SDRAM RDIMM Addendum (https://www.mouser.com/datasheet/2/671/mtc40f204ws1rc_drx4_rdimm_dierevb-3193771.pdf) at 10.  *See also* DQ mapping in the addendum at 4-8 for x4 RDIMM.

90.     As shown above, in the Accused DDR5 Products, the data pins of the memory devices of each group of the plurality of groups are mapped to a corresponding subset of data signal lines.  On information and belief, each DRAM outputs (during a read operation) or receives (during a write operation) data in accordance with the clock signals that it receives in accordance with the respective read or writing timing diagram.  *See* JESD79-5C_v1.30.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

11587631

### 4.7   Read Operation

The Read Operation causes the DRAM to retrieve and output data stored in its array. The Read Operation is initiated by the Read Command during which the beginning column address and bank/group address for the data to be retrieved from the array is provided. The data is driven by the DRAM on its DQ pins RL (CL) cycles after the Read Command along with the proper waveform on the DQS inputs. Read Latency (RL or CL) is defined from the Read command to data and is not affected by the Read DQS offset timing (MR40 OP[2:0]).

### 4.7.1   READ Burst Operation

During a READ or WRITE command, DDR5 shall support BC8, BL16, BL32 (optional) and BL32 OTF (optional) during the READ or WRITE. MR0[1:0] is used to select burst operation mode.



NOTES:
1. BL=16, Preamble = 2tCK - 0010 Pattern Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. In this example, Read DQS Offset Timing is set to 0 Clocks.

**Figure 35 — READ Burst Operation (BL16)**

### 4.8.2   Write Burst Operation

The following write timing diagrams are to help understand the meaning of each write parameter; the diagrams are just examples. The details of each parameter are defined separately.

In these write timing diagrams, for clarity of illustration, CK and DQS are shown aligned. As well, DQS and DQ are shown center-aligned. Offset between CK and DQS, and between DQS and DQ may be appropriate.



NOTES:
1. BL=16, 2tCK Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. The DQ signal is shown as "Don't Care" before the first Write data bit indicating DFE is disabled. When DFE is enabled, the DQ signal shall be high for a minimum of 4UI prior to the first Write data bit for proper DFE synchronization.

**Figure 49 — WRITE Burst Operation (BL16)**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

91. Because DRAMs in each respective group receives a same respective local clock, the DRAMs in a respective group are configured to perform memory read or write operations in accordance with the corresponding respective local clock.

92. On information and belief, Micron also indirectly infringes the '407 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Micron has induced, and currently induces, the infringement of the '407 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the Accused DDR5 Products and other materially similar products that infringe the '407 Patent.

93. On information and belief, Micron provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the Accused DDR5 Products and other materially similar products by users in a manner that Micron knows or should have known would result in infringement and with the intent of inducing infringement. For example, Micron instructs its customers on how to use the Accused DDR5 Products, despite knowing that such use by its customers constitutes infringement. *See, e.g., Sales and Support: Downloads and Technical Documentation*, Micron, https://www.micron.com/sales-support/downloads (last visited Aug. 7, 2026).

94. Furthermore, in marketing materials for the Accused DDR5 Products, Micron notes its "close industry collaborations ensure seamless integration into existing server infrastructures and smooth transitions to future compute platforms." *Micron MRDIMM Innovations Deliver Highest Performance and Lowest Latency Main Memory to Accelerate Data Center Workloads*, Micron (July 16, 2024 9:02 AM), https://investors.micron.com/news-releases/news-release-details/micron-mrdimm-innovations-deliver-highest-performance-and-lowest. Micron further touts that its "collaboration with industry leaders and customers has yielded broad adoption of these new high-performance, large-capacity modules across high-

volume server CPUs," adding that Micron's DDR5 RDIMMS were engineered to suit the needs of its customers. *Micron First to Ship Critical Memory for AI Data Centers*, Micron (May 1, 2024 9:02 AM), https://investors.micron.com/news-releases/news-release-details/micron-first-ship-critical-memory-ai-data-centers.

95. On information and belief, Micron is encouraging and facilitating infringement of the '407 Patent by others. For example, on information and belief, Micron sells or otherwise provides the Accused DDR5 Products to distributors or U.S.-based sales entities knowing that these entities intend to make, use, offer to sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

96. On information and belief, Micron also indirectly infringes the '407 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Micron has contributed to, and currently contributes to, Micron's customers' and end-users' infringement of the '407 Patent through the affirmative acts of selling and offering to sell, either directly or through distributors, in this District and elsewhere in the United States, the Accused DDR5 Products and other materially similar products that infringe the '407 Patent. On information and belief, the Accused DDR5 Products and other materially similar products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Micron is aware that the product or process that includes the Accused DDR5 Products and other materially similar products may be covered by one or more claims of the '407 Patent. On information and belief, the use of the product or process that includes the Accused DDR5 Products and other materially similar products infringes at least one claim of the '407 Patent.

97. Micron's infringement of the '407 Patent has damaged and will continue to damage Netlist. Micron has had actual notice of the '407 Patent and its

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 55 -

infringement since at least the filing of this Complaint but as early as the '407 Patent issuing. Micron's infringement of the '407 Patent has been continuing and willful. Micron continues to commit acts of infringement despite a high likelihood that its actions constitute infringement, and Micron knew or should have known that its actions constituted an unjustifiably high risk of infringement. On information and belief, Micron was previously aware of U.S. Patent Application No. 18/935,410 even before the '407 Patent issued.

## COUNT THREE

### (Declaratory Relief: No Violation of Idaho Code § 48-1703)

98. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

99. Micron has filed a series of retaliatory suits in its home state of Idaho accusing Netlist of bad faith assertion of certain other Netlist patents under Idaho Code § 48-1703, *see* Compl. ¶¶ 20-27, *Netlist, Inc. v. Micron Tech., Inc.*, No. 2:23-cv-628, Dkt. 1 (E.D. Tex. Dec. 22, 2023) (summarizing Micron's pattern of filing retaliatory suits); Am. Compl. ¶¶ 23-31, *Netlist, Inc. v. Micron Tech., Inc.*, No. 2:23-cv-628, Dkt. 14 (E.D. Tex. Feb. 7, 2024) (same); *see also, e.g.*, Compl. at 26, *Micron Tech., Inc. v. Netlist, Inc.*, No. 1:25-cv-323, Dkt. 1-3 (D. Idaho June 24, 2025) (Micron's June 2, 2025 complaint filed in Idaho state court, seeking "[a] declaration that Netlist has violated Idaho Code § 48-1703 in asserting the '506, '339, '060, '160, '912, and '417 Patents against Micron in bad faith"). It is only a matter of time before Micron brings another similar suit in Idaho state court concerning the '523 and '407 Patents.

100. Netlist has not violated Idaho Code § 48-1703 by asserting the '523 and '407 Patents against Micron.

**PRAYER FOR RELIEF**

101.   WHEREFORE, Netlist respectfully requests that this Court enter judgment in its favor ordering, finding, declaring, and/or awarding Netlist relief as follows:

A.   that Micron infringes the '523 Patent;

B.   that Micron infringes the '407 Patent;

C.   all equitable relief the Court deems just and proper as a result of Micron's infringement;

D.   an award of damages resulting from Defendants' acts of infringement in accordance with 35 U.S.C. § 284;

E.   that Micron's infringement of the '523 Patent is willful;

F.   that Micron's infringement of the '407 Patent is willful;

G.   enhanced damages pursuant to 35 U.S.C. § 284;

H.   that this is an exceptional case and awarding Netlist its reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

I.   an accounting for acts of infringement and supplemental damages, without limitation, prejudgment and post-judgment interest;

J.   a declaration that Netlist has not made a bad-faith assertion of patent infringement against Micron nor engaged in any unlawful, unfair, or deceptive act or practice in trade or commerce under the Idaho Consumer Protection Act, and is therefore compliant with Idaho Code § 48-1703;

K.   a judgment that Micron is not entitled to any award of damages in the pursuit of this litigation pursuant to Idaho Code § 48-1706(b) and (d), § 48-1706(1)(c), Idaho Rule of Civil Procedure 54, and such other and additional provisions of the Idaho Rules of Civil Procedure and Idaho Code, or any other applicable

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11587631

- 57 -

authority;

L.    in the alternative to an award of damages under 35 U.S.C. § 284, an order pursuant to 35 U.S.C. § 283 permanently enjoining Micron, its distributors, officers, agents, servants, employees, attorneys, instrumentalities and those persons in privity, active concert or participation with them, from further acts of direct and/or indirect infringement of the '523 and '407 Patents, including the manufacture, sale, offer for sale, importation and/or use of the infringing products; and

M.    such other equitable relief which may be requested and to which Netlist is entitled.

### DEMAND FOR JURY TRIAL

102. Pursuant to Federal Rule of Civil Procedure 38(b), Netlist hereby demands a trial by jury on all issues triable to a jury.

Dated: August 10, 2026    IRELL & MANELLA LLP

By: */s/ Andrew Strabone*
Andrew Strabone
Attorneys for Plaintiff Netlist, Inc.