AO 120 (Rev. 08/10)

| | |
|---|---|
| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| SACV 26-02167-JWH | 8/10/2026 | Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Netlist, Inc. | Micron Technology, Inc., et al. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 10,217,523 | 2/26/2019 | Netlist, Inc. |
| 2 12,675,407 | 7/7/2026 | Netlist, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Joint Stipulation of Voluntary Dismissal filed 10/16/2026. MD JS-6. Case terminated. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Brian D. Karth | Evelyn synagogue | 10/19/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

MICHAEL RUECKHEIM (SBN 322292)
MRueckheim@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

YUCHEN HAN (SBN 359689)
yhan@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4091
Facsimile: (213) 443-4310

*Additional Counsel Listed on Second Page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>Defendants. | CASE NO. 8:26-cv-02167-JWH-KES<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

NATALIE ARBAUGH (pro hac vice)
NArbaugh@kslaw.com
KING & SPALDING
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.

Jason Sheasby (SBN 205455)
JSheasby@irell.com
H. Annita Zhong (SBN 266924)
AZhong@irell.com
Andrew Strabone (SBN 301659)
AStrabone@irell.com
Andrew Henderson (SBN 347596)
DHenderson@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Blair A. Silver (*pro hac vice*)
BSilver@irell.com
IRELL & MANELLA LLP
750 17th Street NW, Suite 850
Washington, DC 20006
(202) 777-6500

Attorneys for Plaintiff Netlist, Inc.

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron"), having reached an agreement, jointly stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims asserted in this action by Netlist against Micron relating to U.S. Patent Nos. 10,217,523 and 12,675,407 are hereby dismissed with prejudice.
2. All of Micron's defenses, claims, or challenges asserted in this action alleging or relating to non-infringement, invalidity, or unenforceability of any of Netlist's Patents are dismissed without prejudice.
3. All parties shall bear their own fees, costs, and expenses.

Dated: October 16, 2026

By: /s/ Mike Rueckheim

MICHAEL RUECKHEIM (SBN 322292)
MRueckheim@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

YUCHEN HAN (SBN 359689)
yhan@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4091
Facsimile: (213) 443-4310

NATALIE ARBAUGH (pro hac vice)
NArbaugh@kslaw.com
KING & SPALDING
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

*Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

By: /s/ Andrew Henderson

Jason Sheasby (SBN 205455)
JSheasby@irell.com
H. Annita Zhong (SBN 266924)
AZhong@irell.com
Andrew Strabone (SBN 301659)
AStrabone@irell.com
Andrew Henderson (SBN 347596)
DHenderson@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Blair A. Silver (*pro hac vice*)
BSilver@irell.com
IRELL & MANELLA LLP
750 17th Street NW, Suite 850
Washington, DC 20006
(202) 777-6500

*Attorneys for Plaintiff Netlist, Inc.*

## ATTESTATION OF CONCURRENCE

I, Andrew Henderson, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: October 16, 2026

*/s/ Andrew Henderson*
Andrew Henderson (SBN 347596)
DHenderson@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010

*Attorneys for Plaintiff Netlist, Inc.*